IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02561-BNB

CARROLL VERRELL,

      Plaintiff,

v.

HARLEY G. LAPPIN, Director of BOP,
SARA M. REVELL, Warden,
S. NAFZIGER, M.D., FCC Clinical Director,
PAUL SCOFIELD, Food Administrator,
G. SMITH, Safety Supervisor,
MS. V. MICKS, Assistant Food Administrator, and
MR. BAUCHER, Cook/Staff Supervisor,

      Defendants.

## ORDER OF DISMISSAL

Plaintiff Carroll Verrell was in the custody of the United States Bureau of Prisons and was incarcerated at the United States Penitentiary in Lewisburg, Pennsylvania, at the time he initiated the instant *pro se* action by submitting a Prisoner Complaint and a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 to this Court. On December 31, 2008, Magistrate Judge Boyd N. Boland entered an order granting the § 1915 Motion. The December 31, 2008, Order required Plaintiff to pay the full amount of the $350.00 filing fee in installments and directed him either to pay an initial partial filing fee of $55.00 within thirty days or to show cause why he has no assets and no means by which to pay the initial fee. The Order warned Plaintiff that if he failed either to have the initial partial filing fee sent to the Clerk of the Court by the

designated deadline or to show cause why he has no assets and no means by which to pay the initial fee the Complaint would be dismissed without further notice.

The December 31, 2008, Order was returned to the Court, on January 14, 2009, and the envelope, in which the Order was sent to Plaintiff, was marked "Return to Sender Refused Unable to Forward," and "Return to Sender Need Number to Identify." Pursuant to Rule 10.1M. of the Local Rules of Practice of the United States District Court for the District of Colorado-Civil, a party must file a notice of a new address within ten days of any change of address. Nonetheless, Mr. Verrell now has failed to communicate with the Court, and as a result he has failed either to pay the initial partial filing fee or to show cause why he has no assets or means to pay the initial partial filing fee within the time allowed. Accordingly, it is

ORDERED that the Prisoner Complaint and the action are dismissed without prejudice for Plaintiff's failure either to pay an initial partial filing fee of $55.00 or to show cause why he has no assets and no means by which to pay the designated initial partial filing fee within the time allowed.

DATED at Denver, Colorado, this 11 day of Feb., 2009.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-02561-BNB

Carroll Verrell
Reg No. 31448-048
US Penitentiary Lewisburg
P.O. Box 1000
Lewisburg, PA 17837-1000

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 2/12/09

GREGORY C. LANGHAM, CLERK

By: _____
    Deputy Clerk